UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| INTER SAVINGS BANK, FSB, | Civil No. 09-1767 (JRT/JJK) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| ANTONIE VAN DER STEEG, EVA VANDER STEET, A-1 EXCELLENCE, INC., DAVE FEERHUSEN, LS ACQUISITIONS, INC., and INTERNAL REVENUE SERVICE, | |
| Defendants. | |

_____

Paul W. Fahning and Sonja R. Ortiz, **PETERSON, FRAM & BERGMAN, P.A.**, 55 East Fifth Street, Suite 800, St. Paul, MN 55101, for plaintiff.

Darren P. Knight, **KNIGHT & HAYANO, P.A.**, 3867 Eckert Avenue Southeast, Delano, MN 55328, for defendants Antonie Van Der Steeg and Eva Van Der Steeg.

Robert L. Meller, Jr. and Kathleen D. McMahon, **BEST & FLANAGAN, LLP**, 225 South Sixth Street, Suite 4000, for defendant LS Acquisitions, Inc.

Roylene A. Champeaux, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant Internal Revenue Service.

The Court having been advised that the above action has settled, but the parties have yet to stipulate to an agreement, therefore,

**IT IS HEREBY ORDERED** that the Court shall retain jurisdiction for an additional forty-five days to permit any party to move or reopen the action, for good

cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms

DATED: February 10, 2011
at Minneapolis, Minnesota.

                                                      s/ John R. Tunheim
                                                  JOHN R. TUNHEIM
                                        United States District Judge